THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THOMAS RAY GURULE,<br><br>                    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | **MEMORANDUM DECISION AND ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL**<br><br>Case No. 2:21-cv-00344-DN<br>(Criminal No. 2:04-cr-209-PGC-1)<br><br>District Judge David Nuffer |

Movant Thomas Ray Gurule seeks the appointment of counsel in this case brought under 28 U.S.C. § 2255 ("Motion").[1] There is no constitutional or statutory right to the appointment of counsel in § 2255 proceedings, unless an evidentiary hearing is held.[2] Nevertheless, counsel may be appointed when "the interests of justice so require" for a "financially eligible person" seeking relief under § 2255.[3]

After review and consideration of Mr. Gurule's filings, justice does not require the appointment of counsel. Briefing on Mr. Gurule's § 2255 Motion is now complete.[4] Mr. Gurule has shown an "ability to investigate the facts necessary for [the] issues and to articulate them in a

---

[1] Motion for Appointment of Counsel, docket no. 3, filed June 2, 2021.

[2] *Paul v. United States*, 2006 WL 314563, *1 (D. Utah Feb. 9, 2006); Rules Governing Section 2255 Proceedings for the United States District Courts 8(c).

[3] 18 U.S.C. § 3006A(a)(2)(B).

[4] Motion for Authorization to File a Second or Successive Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 by a Prisoner in Federal Custody ("§ 2255 Motion"), docket no. 1, filed Nov. 27, 2019; United States' Response to Motion to Vacate Under 28 U.S.C. § 2255, docket no. 5, filed July 14, 2021; Reply to Government's Motion to Respond to Vacate, Set Aside, or Correct Sentence to 28 U.S.C. § 2255, docket no. 12, filed Nov. 8, 2021.

meaningful fashion."[5] The issues Mr. Gurule raises are also "straightforward and not so complex as to require counsel's assistance."[6] And an evidentiary hearing on the § 2255 Motion will be unnecessary.

## ORDER

THEREFORE, IT IS HEREBY ORDERED that Mr. Gurule's Motion for Appointment of Counsel[7] is DENIED.

Signed November 18, 2021.

BY THE COURT

David Nuffer
United States District Judge

---

[5] *United States v. Lewis*, No. 97-3135-SAC, 1998 WL 1054227, *3 (D. Kan. Dec. 9, 1998); *Oliver v. United States*, 961 F.2d 1339, 1343 (7th Cir. 1992).

[6] *Lewis*, 1998 WL 1054227, *3; *Oliver*, 961 F.2d at 1343.

[7] Docket no. 3, filed June 2, 2021.